UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Forrest Godfrey, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-5859 |
| Vs. | ) | |
| | ) | |
| Menard, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION TO DISMISS

All matters in dispute between the parties to the above-entitled cause having been satisfactorily compromised and settled:

IT IS HEREBY STIPULATED AND AGREED by and between said parties, by their respective attorneys, that the said cause may be dismissed with prejudice, without costs to any party, all costs having been paid, including all claims brought by Plaintiff Forrest Godfrey against Menard, Inc.

IT IS FURTHER STIPULATED AND AGREED that an order pursuant to the foregoing may be entered of record without further notice to any party, upon the presentation of this stipulation.

WHEREFORE, the parties hereto pray that the court enter an order dismissing with prejudice the Plaintiff's case against Defendant Menard, Inc.

FORREST GODFREY                                    MENARD, INC.

BY:     /s/ Patrick M. Flaherty                   BY:     /s/ Gary T. Jansen
        One of the Attorneys for Plaintiff,               One of the Attorneys for Defendant,
        Forrest Godfrey                                   Menard, Inc.

Gary T. Jansen
Nicole D. Milos
Laura E. Fahey
CREMER, SPINA, SHAUGHNESSY,
   JANSEN and SIEGERT, LLC
One North Franklin, 10th Floor
Chicago, Illinois 60606
T: (312) 726-3800
ARDC No. 1688081
Doc. 361095

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2017 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Patrick M. Flaherty
Kristin A. Hoffman
Kinnally, Flaherty, Krentz, Loran, Hodge & Masur, P.C.
2114 Deerpath Road
Aurora, IL 60506
pflaherty@kfkllaw.com
khoffman@kfkllaw.com


/s/ Gary T. Jansen